**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Donald Jerome FIELDS, Defendant—
Appellant.**

No. 05–6635.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 14, 2005.

Decided: Oct. 4, 2005.

Donald Jerome Fields, Appellant pro se. Angela Hewlett Miller, Office of the United States Attorney, Greensboro, North Carolina, for Appellee.

Before LUTTIG and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Donald Jerome Fields, a federal prisoner, appeals the district court's order denying his motion for a new trial pursuant to Fed.R.Crim.P. 33. We have reviewed the record and find no reversible error. Accordingly, we deny Fields's motion requesting transcripts and affirm on the reasoning of the district court. *See United States v. Fields,* No. CR–00–405 (M.D.N.C. April 8, 2005). We grant Fields leave to proceed in forma pauperis on appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*